IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANTHONY BUSSIE,

    Plaintiff,

v.

SUSAN T. GUNDMAN, DOUGLASS W. ELMENDORF, ROBERT ANDREWS,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 17-cv-927-wmc

---

This action came before the court for consideration with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants denying plaintiff Anthony Bussie's motion for leave to proceed in forma pauperis and dismissing this case as frivolous and malicious.

| /s/ | 8/16/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |